UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
\_\_\_\_

**UNITED STATES OF AMERICA,**

          **Plaintiff,**        Case No. 1:20-MJ-416

  v.        Hon. Sally J. Berens
                                                                  U.S. Magistrate Judge

**KALEB FRANKS,**

          **Defendant.**

---

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE
UNDER RESTRICTED ACCESS**

---

Defendant, through counsel, moves the Court for leave to file Mr. Franks' written proffer of facts and memo on detention issues under restricted access in the above-captioned case. The government does not oppose the request to file under restricted access. Defendant's request is supported by good cause: the filing at issue contains information related to parties unaffiliated with these proceedings, as well as sensitive medical information. In the spirit or Federal Rule of Criminal Procedure 49.1, restricted-access filing would provide vital privacy protection for this material. *See, e.g.*, Fed. R. Crim. P. 49.1(e).

Date:  October 12, 2020          **SCOTT GRAHAM PLLC**

                                                        By:   /s/ Scott Graham
                                                                Scott Graham
                                                                Attorney for Defendant
                                              Business Address:
                                                           1911 West Centre Avenue, Suite C
                                                           Portage, Michigan 49024
                                                           (269) 327-0585

IT IS SO ORDERED

Date: _____     _____