UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ADAM FOX, TY GARBIN, KALEB FRANKS, DANIEL HARRIS, BRANDON CASERTA,

    Defendants.
_____/

Hon. Sally J. Berens

Case No. 1:20-mj-00416

## ORDER HOLDING DEFENDANTS

## FOR PROCEEDINGS BEFORE THE GRAND JURY

The parties appeared before me on October 13, 2020 and October 16, 2020 for a preliminary examination on the complaint, which charges defendants with conspiracy to commit kidnapping, in violation of 18 U.S.C. § 1201(c). Defendants were represented by counsel and the court found probable cause to support the charges.

IT IS ORDERED that defendants be and hereby are bound over for further proceedings before the grand jury pursuant to Fed. R. Crim. P. 5.1. A status conference is set before the undersigned on November 4, 2020 at 2:00 PM.

IT IS SO ORDERED.

Dated: October 16, 2020

    /s/ Sally J. Berens
    SALLY J. BERENS
    U.S. Magistrate Judge