UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

CASE NO. 1:20-MJ-416

v.

Hon. Sally J. Berens
U.S. Magistrate Judge

KALEB FRANKS,

    Defendant.
_____/

**ORDER TO RESPOND**

Defendant has filed a motion for revocation of detention order (ECF No. 57). The matter has been referred to the undersigned. The government shall file a response to the motion not later than **November 10, 2020**.

Date:   October 30, 2020           /s/ Robert J. Jonker
                                                 ROBERT J. JONKER
                                                 CHIEF UNITED STATES DISTRICT JUDGE