THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

THE UNITED STATES OF AMERICA,

        Plaintiff,

v.

KALEB FRANKS,

        Defendant.

Case No. 1:20-MJ-416

Hon. Robert J. Jonker
Chief U.S. District Court Judge

---

## AMENDED CERTIFICATE REGARDING MOTION CONCURRENCE

Pursuant to L. Crim. R. 12.4, counsel for Defendant sought concurrence with AUSA Nils Kessler via email on November 10, 2020, regarding Defendant's Motion for Leave to File Reply to the Government's Response to Defendant's Detention Appeal and proposed reply brief. On November 12, 2020, the government responded to counsel's email seeking concurrence and indicated that the government does not oppose Defendant's Motion for Leave to File a Reply to the Government's Response to Defendant's Detention Appeal; however, the government does not concur with the relief requested in Defendant's Reply to the Government's Response to Defendant's Detention Appeal.

Date: November 12, 2020    **SCOTT GRAHAM PLLC**

                                    By: /s/ Scott Graham
                                           Scott Graham
                                           Attorney for Defendant
                                  Business Address:
                                           1911 West Centre Avenue, Suite C
                                           Portage, Michigan 49024
                                           (269) 327.0585