THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE UNITED STATES OF AMERICA,

        Plaintiff,

v.

KALEB FRANKS,

        Defendant.

Case No. 1:20-MJ-416

Hon. Robert J. Jonker
Chief U.S. District Court Judge

## ORDER

This matter is before the Court on Defendant Frank's Motion for Leave to File Reply the Government's Response to Defendant's Detention Appeal. Upon review of the motion and related filings, the motion for leave to file is granted.

IT IS SO ORDERED.

Date: November 16, 2020

/s/ Robert J. Jonker
Robert J. Jonker
Chief U.S. District Court Judge